**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant WALMART, INC. d/b/a WALMART*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IDA JOHAL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., d/b/a WALMART, a foreign corporation; and DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02178-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff IDA JOHAL, an individual, by and through her counsel, PACIFIC WEST INJURY LAW and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 7 day of May, 2026.

**TYSON & MENDES LLP**

/s/ *Griffith Hayes*

_____
GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

Dated this 7th day of May, 2026.

**PACIFIC WEST INJURY LAW**

/s/ _____

_____
KRISTOPHER M. HELMICK
Nevada Bar No. 13348
CHRISTOPHER CABANILLA
Nevada Bar No. 16053
BOHDEN G. COLE
Nevada Bar No. 15719
6725 Via Austi Parkway, Suite 275
Las Vegas, NV 89119
*Attorneys for Plaintiff*

1

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED this** _8th day of May, 2026._

2